

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00316-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

On June 13, 2020, relator filed a petition for writ of mandamus and we later requested a response from the trial court. On September 29, 2020, the trial court filed, in this court, a copy of a signed Order Granting Non-Suit dated September 29, 2020. The order states "there are no pending matters before the court on this case" and the case is dismissed. Because it appeared relator's petition for writ of mandamus is now moot, relator was ordered to show cause no later than October 16, 2020, why this original proceeding should not be dismissed as moot. Relator did not respond; therefore, this appeal is dismissed as moot. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 28, 2020.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017FLI001815C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law 2, Webb County, Texas, the Honorable Missy Medary, sitting by assignment.